624

Grace I. Barnett, appellant, v. East Lincoln Farmers Grain Company, etc., appellee. Gen. No. 8,584.

Opinion filed April 27, 1932.

Harold F. Trapp, for appellant. Peter Murphy and E. C. Mills, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Effie E. Dare, appellant, v. Francis S. Dare, appellee. Gen. No. 8,593.

Opinion filed April 27, 1932.

Noah Gullett, for appellant; B. L. Catron, of counsel. John P. Snigg, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Homer Dunsworth, plaintiff in error. Gen. No. 8,600.

Opinion filed April 27, 1932.

J. W. Templeman, for plaintiff in error. Wallace A. Walker, State's Attorney, for defendant in error; R. B. O'Harra, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.

Farrell State Bank, appellee, v. Stella Hamilton and Floyd Hamilton, appellants. Gen. No. 8,613.

Opinion filed April 27, 1932.

A. M. Fitzgerald and H. C. Moore, for appellants. James M. Barnes, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Lester Rich, plaintiff in error. Gen. No. 8,587.

Opinion filed April 27, 1932.

Richard H. Radley, for plaintiff in error. Louis P. Dunkelberg, State's Attorney, for defendant in error; Harold J. Rust, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.